**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-2250

———————

MORRIS RIDDLE,

Plaintiff - Appellant,

versus

ABF FREIGHT SYSTEM, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-96-537-3-MU)

———————

Submitted: December 17, 1998        Decided: December 29, 1998

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Morris Riddle, Appellant Pro Se. Louis Adams Bledsoe, III, Douglas Marshall Jarrell, ROBINSON, BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Morris Riddle appeals the district court's order granting Defendant's motion for summary judgment and dismissing his complaint in which he asserted that he was terminated in violation of the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Riddle v. ABF Freight Sys., Inc., No. CA-96-537-3-MU (W.D.N.C. July 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED